B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Daveeno G. Hines                                                Case No.   13 B 36749
                                    Debtor(s)                           Chapter    13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$   62.00   Check one     ☒ With the filing of the petition, or
                          ☐ On or before _____

$   73.00   on or before   10/17/13

$   73.00   on or before   11/18/13

$   73.00   on or before   12/17/13

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date   SEP 25 2013                              _____
                                                United States Bankruptcy Judge